**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

UNITED STATES OF AMERICA

v.                                                                                          W21-CR-00049

ALEAH FREITAG

    Defendant

**DEFENDANT ALEAH FREITAG'S**
**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JEFFREY C. MANSKE:

    The Defendant in the above styled and numbered cause, Aleah Freitag, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the Rearraignment in this matter until July 15, 2021, or thereafter. In support of this motion, Aleah Freitag would show the Court as follows:

**I**.

    The Defendant currently is set for Rearraignment on June 8, 2021. Good cause exists for the Defendant to request a continuance. Although the Defense has been provided with preliminary discovery in the case, there are a substantial number of wiretap recordings that need to be reviewed and shared with the Defendant. Additionally, the defense and prosecution continue to be engaged in pretrial negotiations.

    This Motion for Continuance is not made for purposes of delay, but that justice may be done. This Motion for Continuance will not in any way prejudice the other parties to this case.

    .

**II.**

Counsel for the Defendant has conferred with the Assistant United States Attorney (Stephanie Smith-Burris) about this motion. The government is not opposed to this motion.

Defendant Aleah Freitag therefore prays that the Court enter an order resetting Rearraignment in this cause until on or after July 15, 2021.

Respectfully Submitted,

/s/ *John P Galligan*
John P. Galligan
Texas State Bar Number: 07590400
315 S Main Street
Belton, Texas 76513
Telephone: (254) 939-5646
Fax: (254) 765-2725

Attorney for the Defendant,
Aleah Freitag.

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant Aleah Freitag's Unopposed Motion for Continuance was electronically filed with the Assistant United States Attorney on the 29th day of May 2021.

*John P Galligan*
John P. Galligan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

UNITED STATES OF AMERICA

v.

ALEAH FREITAG

    Defendant

W21-CR-00049

## ORDER ON DEFENDANT ALEAH FREITAG'S UNOPPOSED MOTION FOR CONTINUANCE

Defendant Aleah Freitag' Unopposed Motion for Continuance is hereby:

_____ GRANTED

_____ DENIED

Signed in Waco, Texas on this the \_\_\_\_\_ day of _____, 2021.

Jeffrey C. Manske
United States Magistrate Judge