**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

UNITED STATES OF AMERICA

v.                                                                                                   W21-CR-00049

ALEAH FREITAG

    Defendant

**DEFENDANT ALEAH FREITAG'S**
**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE ALAN D. ALBRIGHT:

    The Defendant in the above styled and numbered cause, Aleah Freitag, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the Sentencing Hearing in this matter until January 27, 2022, or thereafter. In support of this motion, Aleah Freitag would show the Court as follows:

**I**.

    The Defendant currently is set for Sentencing on November 17, 2021. Good cause exists for the Defendant to request a continuance. Counsel for the Defendant just recently concluded back-to-back Jury Trials in a Capital Murder and an Aggravated Assault w/ Deadly Weapon cases. Additional time is necessary for counsel to properly prepare for the Sentencing in the instant case and to coordinate on the disposition of pending State cases.

    This Motion for Continuance is not made for purposes of delay, but that justice may be done. This Motion for Continuance will not in any way prejudice the other parties to this case.

    .

**II.**

Counsel for the Defendant has conferred with the Assistant United States Attorney (Stephanie Smith-Burris) about this motion. The government is not opposed to this motion.

Defendant Aleah Freitag therefore prays that the Court enter an order resetting Sentencing in this cause until on or after January 27, 2022

Respectfully Submitted,

*John P Galligan*

John P. Galligan
Texas State Bar Number:  07590400
315 S Main Street
Belton, Texas 76513
Telephone: (254) 939-5646
Fax: (254) 765-2725

Attorney for the Defendant,
Aleah Freitag.

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant Aleah Freitag's Unopposed Motion for Continuance was electronically filed with the Assistant United States Attorney on the 15th day of November 2022.

*John P Galligan*

John P. Galligan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA

v.                                                                    W21-CR-00049

ALEAH FREITAG

    Defendant

ORDER ON DEFENDANT ALEAH FREITAG'S
UNOPPOSED MOTION FOR CONTINUANCE

Defendant Aleah Freitag' Unopposed Motion for Continuance is hereby:

_____          GRANTED

_____          DENIED

Signed in Waco, Texas on this the \_\_\_\_\_ day of _____, 2021.

_____
Alan D. Albright
United States District Judge